# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 19-33494 |
| MICHAEL STEVEN SHAW;<br>DEBRA SHAW, | |
| Debtors. | Chapter 7 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Attorney Nicholas M. Gaunce, on behalf of creditor, The Provident Bank, requests that, pursuant to Rules 2002, 9007, and 9010 of the Rules of Bankruptcy Procedure and Section 1109(b) of the United States Bankruptcy Code, all notices to be given or required to be served in this case, be given and served upon:

**Nicholas M. Gaunce, Esq.**
**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Physical Address*: 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address*: P.O. Box 5404, Princeton, NJ 08543
T: (609) 989-5058
F: (609) 392-7956
ngaunce@eckertseamans.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices regarding any applications, motions, petitions, pleadings, legal memoranda, complaints, or demands transmitted or conveyed by mail, personal delivery, telephone, electronic transmission, etc., which affect the Debtors.

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand shall also include, without limitation, all Orders and notices regarding any applications, motions, petitions, pleadings, legal memoranda, complaints, or demands filed in any Adversary Proceeding either

preceding or subsequent to the date of this Notice which affect the Debtors or property of the Debtors.

          **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
*Attorneys for Creditor, NextGear Capital, Inc.*

By: /s/ Nicholas M. Gaunce
     Nicholas M. Gaunce, Esq.

Dated: January 21, 2020

**CERTIFICATION OF FILING AND SERVICE**

I hereby certify that, on January 21, 2020, I caused the above paper to be filed with the Court through the use of the Court's ECF system and a copy thereof to be served upon all parties of record in the same manner, electronically.

By: /s/ Nicholas M. Gaunce
Nicholas M. Gaunce, Esq.

Dated: January 21, 2020