UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MICHAEL STEVEN SHAW AND
DEBRA SHAW

Case No.:    19-33494-KCF

Chapter:    7

# CERTIFICATION OF SERVICE

1. I, Holly S. Miller, Esq:

   ☒ represent the Debtor's in this matter.

2. On 1/22/2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   **Notice of Chapter 7 Bankruptcy Case**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

   /s/Holly S. Miller
   Holly S. Miller, Esq

Date:    1/22/2020

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lakeview Loan Servicing, LLC<br>ISAOA/ATIMA<br>P.O. Box 202049<br>Florence, SC 29502 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Flagstar Bank, FSB<br>P.O. Box 660263<br>Dallas, TX 75266-0263 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other .(As authorized by the Court or by rule. Cite the rule if applicable.) |

2