UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

MICHAEL STEVEN SHAW AND
DEBRA SHAW

Case No.:        19-33494-KCF

Chapter:         7

# CERTIFICATION OF SERVICE

1. I, Holly S. Miller, Esq:

   ☒  represent the Debtor's in this matter.

2. On 2/3/2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Chapter 7 Bankruptcy Case

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:   2/3/2020                                      /s/Holly S. Miller
                                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Manheim Credit & Collection<br>6325 Peachtree Road , 6th Floor<br>Atlanta, GA 30328 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other  .(As authorized by the Court or by rule. Cite the rule if applicable.) |