UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

STRAFFI & STRAFFI
670 Commons Way
Toms River, NJ 08755
Ph. (732) 341-3800
bktrustee@straffilaw.com

**Order Filed on February 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Shaw, Michael Steven & Debra

Case No.: 19-33494

Chapter: 7

Judge: KCF

## ORDER AUTHORIZING RETENTION OF

ACCOUNTANT TO CH. 7 TRUSTEE

The relief set forth on the following page is **ORDERED**.

**DATED: February 21, 2020**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain _____Bederson, LLP_____

as _____accountant for Trustee_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: 347 Mt. Pleasant Avenue

   West Orange, NJ 07052

   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Steven Shaw  
Debra Shaw  
     Debtors

Case No. 19-33494-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Feb 21, 2020  
                         Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.  
db/jdb       +Michael Steven Shaw,   Debra Shaw,   7 Tudor Drive,   Farmingdale, NJ 07727-3875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:

              Daniel E. Straffi   bktrustee@straffilaw.com,  
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
              Daniel E. Straffi   on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,  
              G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com  
              Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
              Holly Smith Miller   on behalf of Debtor Michael Steven Shaw hsmiller@gsbblaw.com  
              Holly Smith Miller   on behalf of Joint Debtor Debra  Shaw hsmiller@gsbblaw.com  
              Nicholas M. Gaunce   on behalf of Creditor   NextGear Capital, Inc. ngaunce@eckertseamans.com, nicholasmgaunce@gmail.com  
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                             TOTAL: 7