Certificate Number: 01401-NJ-DE-034065077

Bankruptcy Case Number: 19-33494



01401-NJ-DE-034065077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 8, 2020, at 3:33 o'clock PM EST, Debra Shaw completed a course on personal financial management given by internet by GreenPath, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 8, 2020          By:    /s/Jeremy Lark

                                  Name:  Jeremy Lark

                                  Title: FCC Manager

Certificate Number: 01401-NJ-DE-034064622

Bankruptcy Case Number: 19-33494



01401-NJ-DE-034064622

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 8, 2020</u>, at <u>1:03</u> o'clock <u>PM EST</u>, <u>michael s shaw</u> completed a course on personal financial management given <u>by internet</u> by <u>GreenPath, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>February 8, 2020</u>            By:   <u>/s/Jeremy  Lark</u>

Name:  <u>Jeremy  Lark</u>

Title:  <u>FCC Manager</u>