# EXHIBIT H

12:28 PM
03/20/19
Accrual Basis

# A&D II
# Balance Sheet
## As of December 31, 2018

|  | Dec 31, 18 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Accounts Receivable** | |
| Accounts Receivable | 54,068.87 |
| **Total Accounts Receivable** | 54,068.87 |
| **Other Current Assets** | |
| Inventory | 2,593,568.75 |
| **Total Other Current Assets** | 2,593,568.75 |
| **Total Current Assets** | 2,647,637.62 |
| **Fixed Assets** | |
| Accumulated Depreciation | -122,170.00 |
| Auto - Ferrari | 151,000.00 |
| Auto - Jeep 2015 | 52,615.00 |
| **Total Fixed Assets** | 81,445.00 |
| **Other Assets** | |
| Due from B&E | 250,000.00 |
| **Total Other Assets** | 250,000.00 |
| **TOTAL ASSETS** | **2,979,082.62** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 115,385.78 |
| **Total Accounts Payable** | 115,385.78 |
| **Other Current Liabilities** | |
| Sales Tax Payable | 25,471.00 |
| **Total Other Current Liabilities** | 25,471.00 |
| **Total Current Liabilities** | 140,856.78 |
| **Long Term Liabilities** | |
| Loan - Nextgear | 2,495,587.83 |
| United Teletech Loan - Ferrari | 134,057.00 |
| **Total Long Term Liabilities** | 2,629,644.83 |
| **Total Liabilities** | 2,770,501.61 |
| **Equity** | |
| Partner Equity - C Zilberman | 307.58 |
| Partner Equity - E Zilberman | 180,451.18 |
| Net Income | 27,822.25 |
| **Total Equity** | 208,581.01 |
| **TOTAL LIABILITIES & EQUITY** | **2,979,082.62** |

4:55 PM
03/13/19
Accrual Basis

# A&D II
## Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Auto repairs | 6,091.09 |
| Business Income | 25,991.00 |
| Funding | 33,747.41 |
| Loan payments | 100,148.66 |
| Online transfer from Chkg....21 | 12,352.54 |
| Online transfer from xxxxx6791 | 1,862.44 |
| Refund | -168,046.74 |
| Reimbursements | 750,662.58 |
| Replacement Check | 169,782.73 |
| Reserves | 23,267.84 |
| **Sales** | |
| Bankcard Payments | 269,135.94 |
| Sales - Other | 15,811,847.20 |
| **Total Sales** | 16,080,983.14 |
| **Total Income** | 17,036,842.69 |
| **Cost of Goods Sold** | |
| Auto Prep Fees | 393.00 |
| Auto Purchases | 15,070,577.50 |
| **Commission - B&E** | **243,754.69** |
| Dealer Fees | 78,027.20 |
| Fuel | 32,903.85 |
| Merchant Account Fees | 2,849.81 |
| Notary Services | 2,272.32 |
| Parts Purchases | 33,442.92 |
| Recondition | 194,156.17 |
| Registration Fees | 115,325.98 |
| Shipping | 14,499.76 |
| Subcontracted Services | 4,027.74 |
| Transport | 46,986.08 |
| **Total COGS** | 15,839,217.02 |
| **Gross Profit** | 1,197,625.67 |
| **Expense** | |
| Admin Processing Fees | 6,162.81 |
| Advances Specific Source Fee | 8,565.75 |
| Advertising and Promotion | 252,203.37 |
| Bank Service Charges | 5,668.17 |
| Computer and Internet Expenses | 954.17 |
| Donations | 750.00 |
| **Insurance Expense** | |
| Health Insurance | 48,206.30 |
| Insurance Expense - Other | 17,907.81 |
| **Total Insurance Expense** | 66,114.11 |
| Interest Expense | 252,478.95 |
| Loan Fees | 150,863.35 |
| Meals and Entertainment | 23,624.39 |
| Office Supplies | 19,004.96 |
| Payroll Expenses | 47,937.02 |
| Postage | 2,446.93 |
| Professional Fees | 48,562.04 |
| Records Service Charge | 2,628.00 |
| Rent Expense | 60,892.32 |
| Repairs and Maintenance | 32,418.48 |
| Security | 4,493.23 |
| Shop Expense | 32,783.25 |
| Small Tools and Equipment | 158.08 |
| Telephone Expense | 4,056.58 |
| Temporary Help | 1,189.33 |
| Travel | 23,154.05 |

Page 1

4:55 PM
03/13/19
Accrual Basis

# A&D II
## Profit & Loss
### January through December 2018

|  | Jan - Dec 18 |
|---|---|
| Utilities | 11,576.73 |
| Warranty | 111,117.35 |
| **Total Expense** | 1,169,803.42 |
| **Net Ordinary Income** | 27,822.25 |
| **Net Income** | **27,822.25** |