**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609–858–9333

Honorable Kathryn C. Ferguson, U.S. Bankruptcy Judge

| **CASE NUMBER:** 19–33494–KCF | **DATE FILED::** 12/18/19 |
|---|---|
| **In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):** <br> Michael Steven Shaw <br> xxx–xx–6785 <br><br> Debra Shaw <br> xxx–xx–5703 | **ADDRESS OF DEBTOR(S):** <br><br> 7 Tudor Drive <br> Farmingdale, NJ 07727 <br><br> 7 Tudor Drive <br> Farmingdale, NJ 07727 |
| DEBTOR'S ATTORNEY: <br> Holly Smith Miller <br> Gellert Scali Busenkell & Brown, LLC <br> 8 Penn Center <br> 1628 John F. Kennedy Boulevard <br> Suite 1901 <br> Philadelphia, PA 19103 <br><br> 215–238–0012 <br><br> Holly Smith Miller <br> Gellert Scali Busenkell & Brown, LLC <br> 8 Penn Center <br> 1628 John F. Kennedy Boulevard <br> Suite 1901 <br> Philadelphia, PA 19103 <br><br> 215–238–0012 | TRUSTEE: <br> Daniel E. Straffi <br> Straffi & Straffi, LLC <br> 670 Commons Way <br> Toms River, NJ 08755 <br> 732–341–3800 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

7/7/20

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy–forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. Also, Claims can be filed electronically through the court's website at: http://www.njb.uscourts.gov under File An Electronic Claim. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: April 9, 2020

FOR THE COURT
Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:
Michael Steven Shaw
Debra Shaw
     Debtors

Case No. 19-33494-KCF
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin         Page 1 of 2         Date Rcvd: Apr 09, 2020
                   Form ID: noa         Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.

```
db/jdb         +Michael Steven Shaw,    Debra Shaw,    7 Tudor Drive,    Farmingdale, NJ 07727-3875
acc            +Bederson & Company,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
518627340       AFC,    Carmel, IN 46032
518627343      +Anthony E. Bush/Nicholas Gaunce,    Eckert Seamans Cherit & Mellott, LLC,
                 2000 Lenox Drive, Suite 203,    Lawrence Township, NJ 08648-2314
518780482      +Automotive Finance Corporation,    11299 N. Illinois St.,    Carmel, IN 46032-8887
518627347      +BEST BUY/CBNA,    50 NORTHWEST POINT ROAD,    Elk Grove Village, IL 60007-1032
518627351      +Davison, Eastman, Munoz, Paone,    Monmouth Executive Center,    100 Willow Brook Road, Suite 100,
                 Freehold, NJ 07728-5920
518671951       Flagstar Bank, FSB,    P.O. Box 660263,    Dallas, TX 75266-0263
518627352      +Freehold Hyundai,    4065 US Highway 9,    Freehold, NJ 07728-2534
518627353      +GEICO Indemnity Company,    1 Geico Plaza,    Washington, DC 20076-0005
518627354      +Home Depot Credit Services,    PO Box 790328,    Saint Louis, MO 63179-0328
518671952      +LAKEVIEW LOAN SERVICING LLC,    ISAOA/ATIMA,    PO BOX 202049,    Florence, SC 29502-2049
518627357      +Macy's,    PO Box 78008,    Phoenix, AZ 85062-8008
518694087       Manheim Credit & Collection,    6325 Peachtree Road, 6th Floor,    Atlanta, GA 30328
518627359      +Matthew Frisky,    c/o Michael Mumola, Esquire,    Kalavruzos, Mumola, Hartman & Lento,
                 2681 Quakerbridge Road,    Trenton, NJ 08619-1600
518627360      +NextGear Capital Inc.,    1320 City Center Drive, Suite 100,    Carmel, IN 46032-3816
518627364      +Raritan Bay Federal Credit Union,    491 Raritan Street,    Sayreville, NJ 08872-1442
518627365      +Sequium Asset Solutions, LLC,    1130 Northchase Parkway,    Suite 150,    Marietta, GA 30067-6429
518627369      +TDRCS/RENOVATE PREFERR,    1000 MACARTHUR BLVD,    Mahwah, NJ 07430-2035
518627372      +WAKEFIELD & ASSOCIATES,    409 BEARDEN PARK CIR K,    Knoxville, TN 37919-7448
518627373      +Weir & Plaza LLC,    25 Sycamore Avenue, Suite 103,    Little Silver, NJ 07739-1249
518627362      +nrg Home Solar Collections,    910 Louisiana Street,    Houston, TX 77002-4916
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 10 2020 00:10:59     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 10 2020 00:10:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518627342      +EDI: AMEREXPR.COM Apr 10 2020 03:43:00      AMEX,    PO BOX 297871,
                 Fort Lauderdale, FL 33329-7871
518627341      +EDI: AMEREXPR.COM Apr 10 2020 03:43:00      American Express,    PO Box 1270,
                 Newark, NJ 07101-1270
518627345       EDI: BANKAMER.COM Apr 10 2020 03:43:00      BANK OF AMERICA,    PO BOX 982238,
                 El Paso, TX 79998
518627344       EDI: BANKAMER.COM Apr 10 2020 03:43:00      Bank of America,    PO Box 15019,
                 Wilmington, DE 19886
518627346      +EDI: TSYS2.COM Apr 10 2020 03:43:00      BARCLAYS BANK DELAWARE,    PO BOX 8803,
                 Wilmington, DE 19899-8803
518627348      +EDI: WFNNB.COM Apr 10 2020 03:43:00      COMENITY BANK/LNBRYANT,    PO BOX 182789,
                 Columbus, OH 43218-2789
518627349      +EDI: WFNNB.COM Apr 10 2020 03:43:00      COMENITYBANK/VICTORIA,    PO BOX 182789,
                 Columbus, OH 43218-2789
518627350      +EDI: WFNNB.COM Apr 10 2020 03:43:00      COMENITYBANK/WAYFAIR,    PO BOX 182789,
                 Columbus, OH 43218-2789
518627355      +E-mail/Text: taxcollections@twp.howell.nj.us Apr 10 2020 00:11:33      Howell Township,
                 PO Box 580,    Howell, NJ 07731-0580
518627356       E-mail/Text: bncnotices@becket-lee.com Apr 10 2020 00:10:14      KOHLS/CAPONE,
                 N56 RIDGEWOOD DR,    Menomonee Falls, WI 53051
518627358      +EDI: TSYS2.COM Apr 10 2020 03:43:00      MACYS/DSNB,    PO BOX 8218,    Mason, OH 45040-8218
518627361      +E-mail/Text: bnc@nordstrom.com Apr 10 2020 00:10:18      NORDSTROM/TD BANK USA,
                 13531 E CALEY AVE,    Englewood, CO 80111-6504
518627363      +E-mail/Text: bankruptcyteam@quickenloans.com Apr 10 2020 00:11:15      Quicken Loans,
                 1050 Woodward Avenut,    Detroit, MI 48226-1906
518627366      +EDI: RMSC.COM Apr 10 2020 03:43:00      SYNCB/AMAZON,    PO BOX 965015,    Orlando, FL 32896-5015
518627367      +EDI: RMSC.COM Apr 10 2020 03:43:00      SYNCB/JCP,    PO BOX 965007,    Orlando, FL 32896-5007
518627854      +EDI: RMSC.COM Apr 10 2020 03:43:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518627368      +EDI: RMSC.COM Apr 10 2020 03:43:00      Synchrony Bank/Amazon,    PO Box 960013,
                 Orlando, FL 32896-0013
518627370      +EDI: CITICORP.COM Apr 10 2020 03:43:00      THD/CBNA,    PO BOX 6497,
                 Sioux Falls, SD 57117-6497
518627371      +EDI: VERIZONCOMB.COM Apr 10 2020 03:43:00      Verizon Cellular,    PO Box 408,
                 Newark, NJ 07101-0408
                                                                                              TOTAL: 21
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 09, 2020
                              Form ID: noa             Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +NextGear Capital, Inc.,   1320 City Center Drive,   Ste. 100,   Carmel, IN 46032-3816
                                                                            TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2020 at the address(es) listed below:
              Daniel E. Straffi    bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Daniel E. Straffi     on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com,
               G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.ax
               osfs.com
              Denise E. Carlon     on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Donna L. Thompson     on behalf of Plaintiff    Automotive Finance Corporation
               donna.thompson@dlthompsonlaw.com,   dlthompsonlaw@aol.com
              Holly Smith Miller    on behalf of Joint Debtor Debra  Shaw hsmiller@gsbblaw.com
              Holly Smith Miller    on behalf of Debtor Michael Steven Shaw hsmiller@gsbblaw.com
              Nicholas M. Gaunce    on behalf of Creditor   NextGear Capital, Inc. ngaunce@eckertseamans.com,
               nicholasmgaunce@gmail.com
              Nicholas M. Gaunce    on behalf of Plaintiff    NextGear Capital, Inc. ngaunce@eckertseamans.com,
               nicholasmgaunce@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 9
```