| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY | : <br> : |
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> DL THOMPSON LAW, PC <br> DONNA L THOMPSON, ESQ. (DLT-0931) <br> 1442 Lakewood Road <br> Manasquan, NJ  08736 <br> Tel:  732-292-3000 <br> Fax: 732-292-3004 <br> Attorney for Creditor <br> Automotive Finance Corporation | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |
| IN RE: <br><br> MICHAEL STEVEN SHAW, and <br> DEBRA SHAW, <br><br> Debtors. | : <br> : <br> : Case No. 19-33494-KCF <br> : Chapter 7 <br> : <br> : <br> : |
| AUTOMOTIVE FINANCE CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL STEVEN SHAW, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Adversary No. 19-33494-KCF <br> : <br> : <br> : <br> : |

### STIPULATION OF DISMISSAL
### IN AN ADVERSARY PROCEEDING

The matter in difference in the above entitled action having been amicably adjusted between the parties, this Stipulation of Dismissal in an Adversary Proceeding (the "Stipulation") is made and entered into

as of this 5th day of October, 2020 (the "Effective Date") by and between the Defendant, Steven Michael Shaw ("Shaw"), and the Plaintiff, Automotive Finance Corporation ("AFC"), it is mutually agreed as follows:

1. The parties have entered into a Settlement Agreement, dated August 13, 2020, whose contents, terms and conditions are confidential and the parties have agreed not to disclose them except to their attorneys, accountants or as required by subpoena or court order.

2. The United States Bankruptcy Court for the District of New Jersey shall retain jurisdiction to interpret and resolve all disputes related to the Settlement Agreement and the Stipulation of Settlement.

3. The parties agree that, other than the terms of the Settlement Agreement, this Stipulation of Dismissal in an Adversary Proceeding settles all claims between Automotive Finance Corporation ("AFC") and Steven Michael Shaw ("Shaw"), arising under Adversary No. 19-33494-KCF.

IN WITNESS WHEREOF, the Parties hereto have executed and delivered this Stipulation of Settlement on the below dates.

/s/ Jeremy Dunn                                     Dated: 10/05/2020
Jeremy Dunn, Corporate Counsel
Automotive Finance Corp.


/s/ Holly Miller                                    Dated: 10/05/2020
Holly Miller, Esq., Attorney for
Michael Steven Shaw