UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
Shaw, Michael  
Shaw, Debra  

Case No.: 19-33494  
Chapter: 7  
Judge: KCF  

### NOTICE OF PROPOSED ABANDONMENT

_____Daniel E. Straffi_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk: 402 East State Street  
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Kathryn C. Ferguson_____ on ___February 23, 2021___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___2___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: 7 Tudor Drive  
Farmingdale, NJ  
FMV - +/-$ 617,000.00

Liens on property:  
Flagstar Bank - $508,957.53  

Plus 10% Estimated Costs of Sale

Amount of equity claimed as exempt: $ 50,300.00

Objections must be served on, and requests for additional information directed to:

Name: Daniel E. Straffi, Esq.  
Address: 670 Commons Way Toms River, NJ 08755  
Telephone No.: 732-341-3800

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:  
Michael Steven Shaw  
Debra Shaw  
    Debtors

Case No. 19-33494-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 22, 2021 | Form ID: pdf905 | Total Noticed: 52 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Steven Shaw, Debra Shaw, 7 Tudor Drive, Farmingdale, NJ 07727-3875 |
| acc | + | Bederson & Company, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| 518627340 | | AFC, Carmel, IN 46032 |
| 518627342 | + | AMEX, PO BOX 297871, Fort Lauderdale, FL 33329-7871 |
| 518627341 | + | American Express, PO Box 1270, Newark, NJ 07101-1270 |
| 518846180 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518807268 | + | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. 9043, Andover, MA 01810-0943 |
| 518627343 | + | Anthony E. Bush/Nicholas Gaunce, Eckert Seamans Cherit & Mellott, LLC, 2000 Lenox Drive, Suite 203, Lawrence Township, NJ 08648-2314 |
| 518627345 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, BANK OF AMERICA, PO BOX 982238, El Paso, TX 79998 |
| 518627346 | + | BARCLAYS BANK DELAWARE, PO BOX 8803, Wilmington, DE 19899-8803 |
| 518627347 | + | BEST BUY/CBNA, 50 NORTHWEST POINT ROAD, Elk Grove Village, IL 60007-1032 |
| 518803754 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518627358 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, MACYS/DSNB, PO BOX 8218, Mason, OH 45040 |
| 518627351 | + | Davison, Eastman, Munoz, Paone, Monmouth Executive Center, 100 Willow Brook Road, Suite 100, Freehold, NJ 07728-5920 |
| 518671951 | | Flagstar Bank, FSB, P.O. Box 660263, Dallas, TX 75266-0263 |
| 518627352 | + | Freehold Hyundai, 4065 US Highway 9, Freehold, NJ 07728-2534 |
| 518627353 | + | GEICO Indemnity Company, 1 Geico Plaza, Washington, DC 20076-0005 |
| 518627354 | + | Home Depot Credit Services, PO Box 790328, Saint Louis, MO 63179-0328 |
| 518627356 | | KOHLS/CAPONE, N56 RIDGEWOOD DR, Menomonee Falls, WI 53051 |
| 518885298 | | Kohl's, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518671952 | + | LAKEVIEW LOAN SERVICING LLC, ISAOA/ATIMA, PO BOX 202049, Florence, SC 29502-2049 |
| 518694087 | | Manheim Credit & Collection, 6325 Peachtree Road, 6th Floor, Atlanta, GA 30328 |
| 518627359 | + | Matthew Frisky, c/o Michael Mumola, Esquire, Kalavruzos, Mumola, Hartman & Lento, 2681 Quakerbridge Road, Trenton, NJ 08619-1600 |
| 518627360 | #+ | NextGear Capital Inc., 1320 City Center Drive, Suite 100, Carmel, IN 46032-3816 |
| 518857515 | + | NextGear Capital, Inc., c/o Nicholas M. Gaunce, Esq., Eckert Seamans Cherin & Mellott, LLC, 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648-2314 |
| 518627364 | + | Raritan Bay Federal Credit Union, 491 Raritan Street, Sayreville, NJ 08872-1442 |
| 518627365 | + | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067-6429 |
| 518627369 | + | TDRCS/RENOVATE PREFERR, 1000 MACARTHUR BLVD, Mahwah, NJ 07430-2035 |
| 518627370 | + | THD/CBNA, PO BOX 6497, Sioux Falls, SD 57117-6497 |
| 518627372 | + | WAKEFIELD & ASSOCIATES, 409 BEARDEN PARK CIR K, Knoxville, TN 37919-7406 |
| 518627373 | + | Weir & Plaza LLC, 25 Sycamore Avenue, Suite 103, Little Silver, NJ 07739-1251 |
| 518627362 | + | nrg Home Solar Collections, 910 Louisiana Street, Houston, TX 77002-4916 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|

Case 19-33494-KCF    Doc 41    Filed 01/24/21    Entered 01/25/21 00:23:18    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: pdf905 | Total Noticed: 52 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 22 2021 22:12:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 22 2021 22:12:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518780482 | | Email/Text: bankruptcy@autofinance.com | Jan 22 2021 22:10:08 | Automotive Finance Corporation, 11299 N. Illinois St., Carmel, IN 46032 |
| 518627348 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 22:11:00 | COMENITY BANK/LNBRYANT, PO BOX 182789, Columbus, OH 43218-2789 |
| 518627349 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 22:11:00 | COMENITYBANK/VICTORIA, PO BOX 182789, Columbus, OH 43218-2789 |
| 518627350 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 22 2021 22:11:00 | COMENITYBANK/WAYFAIR, PO BOX 182789, Columbus, OH 43218-2789 |
| 518872376 | | Email/Text: cashiering-administrationservices@flagstar.com | Jan 22 2021 22:13:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy, MI 48098 |
| 518627355 | + | Email/Text: taxcollections@twp.howell.nj.us | Jan 22 2021 22:13:00 | Howell Township, PO Box 580, Howell, NJ 07731-0580 |
| 518844363 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 22:22:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518627361 | + | Email/Text: bnc@nordstrom.com | Jan 22 2021 22:10:02 | NORDSTROM/TD BANK USA, 13531 E CALEY AVE, Englewood, CO 80111-6504 |
| 518879023 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2021 22:22:53 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 518876849 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 22:11:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518876850 | | Email/Text: bnc-quantum@quantum3group.com | Jan 22 2021 22:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518627363 | + | Email/Text: bankruptcyteam@quickenloans.com | Jan 22 2021 22:12:00 | Quicken Loans, 1050 Woodward Avenut, Detroit, MI 48226-1906 |
| 518627366 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 22:24:43 | SYNCB/AMAZON, PO BOX 965015, Orlando, FL 32896-5015 |
| 518627367 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 22:22:24 | SYNCB/JCP, PO BOX 965007, Orlando, FL 32896-5007 |
| 518627854 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 22:23:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518627368 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 22 2021 22:22:24 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 518859052 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jan 22 2021 22:23:01 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518627371 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 22 2021 22:09:00 | Verizon Cellular, PO Box 408, Newark, NJ 07101-0408 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | NextGear Capital, Inc., 1320 City Center Drive, Ste. 100, Carmel, IN 46032-3816 |
| 518627344 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 15019, Wilmington, DE 19886 |

518627357    *P++    DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Macy's, PO Box 78008, Phoenix, AZ 85062

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

**Name**     **Email Address**

Allen I Gorski
on behalf of Mediator Allen I. Gorski agorski@gorskiknowlton.com

Daniel E. Straffi
bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Daniel E. Straffi
on behalf of Trustee Daniel E. Straffi bktrustee@straffilaw.com
G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com;dstraffi@ecf.axosfs.com

Denise E. Carlon
on behalf of Creditor LakeView Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Donna L. Thompson
on behalf of Plaintiff Automotive Finance Corporation donna.thompson@dlthompsonlaw.com  dlthompsonlaw@aol.com

Holly Smith Miller
on behalf of Joint Debtor Debra Shaw hsmiller@gsbblaw.com

Holly Smith Miller
on behalf of Defendant Michael Steven Shaw hsmiller@gsbblaw.com

Holly Smith Miller
on behalf of Debtor Michael Steven Shaw hsmiller@gsbblaw.com

Nicholas M. Gaunce
on behalf of Creditor NextGear Capital Inc. ngaunce@eckertseamans.com, nicholasmgaunce@gmail.com

Nicholas M. Gaunce
on behalf of Plaintiff NextGear Capital Inc. ngaunce@eckertseamans.com, nicholasmgaunce@gmail.com

Peter Broege
on behalf of Mediator Peter J. Broege pbroege@bnfsbankruptcy.com  G1580@notify.cincompass.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12